Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant WELLPATH, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CROSBY, and minor child C.C. by and through her Guardian ad Litem Elizabeth Bazile-Davis,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; WELLPATH, INC., a professional corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No.: 3:20-cv-08529-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT WELLPATH, INC. [FRCP 41(a)(1)(A)(ii)]**<br><br>Action Filed: December 2, 2020<br>Judge: Hon. Maxine M. Chesney<br>Ctrm: 7 – 19th Floor |

**TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL**:

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiffs and Defendant of the above-entitled action, by and through their counsel of record, hereby stipulate to dismiss this action without prejudice as to Defendant WELLPATH, INC., with each party bearing their own attorney's fees and costs.

///

DATED: August 19, 2021         LAW OFFICES OF JOHN L. BURRIS

                                              */s/ James Cook*
                                              James Cook
                                              John L. Burris
                                              Benjamin Nisenbaum
                                              Attorneys for Plaintiffs

DATED: August 19, 2021         BERTLING LAW GROUP, INC.

                                              */s/ Jemma Parker Saunders*
                                              Peter G. Bertling
                                              Jemma Parker Saunders
                                              Attorneys for Defendant
                                              WELLPATH, INC.

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here. */s/ Jemma Parker Saunders*

  PURSUANT TO STIPULATION, AND FOR GOOD CAUSE, IT IS SO ORDERED.

Dated: _____                    _____
                                                        Honorable Maxine M. Chesney
                                                        United States District Judge